UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HERMENIA MORALES,

    Plaintiff,

vs.                                                     Case No. 8:10-CV-1134-T-27EAJ

ROCKY CREEK VILLAGE,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 3) recommending that Plaintiff's Application for Leave to Proceed *in forma pauperis* (Dkt. 2) be denied without prejudice and that Plaintiff be required to file an amended complaint that states a claim for relief and sets forth the basis for this Court's subject matter jurisdiction. Plaintiff filed no objections to the Report and Recommendation. After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved.

The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

Plaintiff's Application for Leave to Proceed *in forma pauperis* (Dkt. 2) is **DENIED** without prejudice.

The Complaint (Dkt. 1) is **DISMISSED**.

Plaintiff shall file an amended complaint within **twenty (20) days** of the date of this Order,

1

failing which this case will be dismissed without further notice for failure to prosecute pursuant to Local Rule 3.10. The amended complaint shall include a short and plain statement of Plaintiff's claims (including a brief description of the event or events upon which Plaintiff's claims are based and a statement of why Plaintiff believes that Defendant's termination of her employment violated federal law), and shall state the basis for this Court's subject matter jurisdiction over the claim or claims asserted in the amended complaint.

Attached to this Order is a notice regarding the Tampa Bay chapter of the Federal Bar Association's Pro Bono Civil Litigation Project. Plaintiff is encouraged the review the notice and to contact the Federal Bar Association should she desire the Federal Bar Association's assistance in prosecuting this lawsuit.

Finally, Plaintiff is reminded that, like other litigants, a *pro se* party must comply with court-imposed deadlines, the Local Rules of the Middle District of Florida,[1] and the Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).

**DONE AND ORDERED** in chambers this 21st day of June, 2010.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to: Plaintiff

---

[1] Plaintiff may obtain a copy of the Local Rules on the Court's website, http://www.flmd.uscourts.gov, or by mailing a letter to the Clerk's Office.

# THE FEDERAL BAR ASSOCIATION

## *PRO BONO CIVIL LITIGATION PROJECT*

The Federal Bar Association is dedicated to the advancement of the law and the legal system and promoting the sound administration of justice. The Tampa Bay Chapter of the Federal Bar Association is especially interested in providing limited pro bono legal assistance to persons involved in a federal civil lawsuit without an attorney.

Members of the Federal Bar Association are willing to meet with pro se individuals to provide **LIMITED** legal advice. The attorneys can help you:

- Evaluate your lawsuit;
- Explain what your responsibilities are as a party to a lawsuit;
- Explain the process of preparing for trial and the trial proceedings;
- Possibly help you find a lawyer to represent you.

**BY PARTICIPATING IN THIS PROGRAM YOU ARE NOT GUARANTEED A LAWYER WILL TAKE YOUR CASE. YOU WILL REMAIN ENTIRELY RESPONSIBLE FOR YOUR CASE. TO PARTICIPATE COMPLETE THE BELOW APPLICATION AND SEND IT TO: FEDERAL BAR CIVIL PRO BONO PROJECT ATTN: Ann Hensler, 880 Carillon Pkwy (13P), St. Petersburg, FL 33716.**

---

**Name:**

**Address:**

**Date:**

**Phone Number:**

**Federal Case No:**

**Are You: Plaintiff \_\_\_\_    Defendant \_\_\_\_**

**Type of case: Discrimination    Civil Rights    Immigration  Contract    Other**

*I understand that if I participate in this project, I will remain solely responsible and liable for the prosecution of my lawsuit.*

_____
Signature